UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAY HARNESS                                              CIVIL ACTION

VERSUS                                                   NO: 10-3458

MICHAEL J. ASTRUE,                                       SECTION: R(2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having reviewed *de novo* the complaint,[1] the record,[2] the applicable law, the Magistrate Judge's Report and Recommendation,[3] and plaintiff's objections thereto,[4] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that plaintiff's complaint be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 6th day of July, 2011.

_____
SARAH S. VANCE

UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.

[2] R. Doc. 9.

[3] R. Doc. 13.

[4] R. Doc. 15.